1    Jeffery A. Garofalo (Bar No. 7345)
     Email: jeffery.garofalo@procopio.com
2    S. Todd Neal (*pro hac vice*)
     E-mail: jeff.garofalo@procopio.com
3    E-mail: todd.neal@procopio.com
     PROCOPIO, CORY, HARGREAVES &
4       SAVITCH LLP
     525 B Street, Suite 2200
5    San Diego, CA 92101
     Telephone: 619.238.1900
6    Facsimile: 619.235.0398

7    *Attorneys for Defendants CV Sciences, Inc., Joseph D.*
     *Dowling,*

8

9

## UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11

| | |
|---|---|
| 12   IN RE: CV SCIENCES, INC. SECURITIES LITIGATION | Case No. 2:18-cv-01602-JAD-BNW |
| 13 | **STIPULATION TO EXTEND TIME TO FILE ANSWER** |
| 14 | **(FIRST REQUEST)** & ORDER |
| 15 | ECF No. 71 |

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants Michael Mona, Jr. ("Mona, Jr."), Joseph D. Dowling ("Dowling"), Michael Mona, III ("Mona, III") (the "Individual Defendants") and CV Sciences, Inc. ("CVSI" or the "Company," collectively with the Individual Defendants, "Defendants"), and Lead Plaintiff ("Plaintiff"), jointly state:

On December 10, 2019, the Court denied (Dkt. 70) Defendants' Motion to Dismiss (Dkt. 33). The current deadline for Defendants to file an Answer to Plaintiffs' Amended Complaint (Dkt. 30) is December 24, 2019. Fed. R. Civ. P. 12(a)(4)(A). The parties have met and conferred and hereby stipulate to extend the December 24, 2019 deadline until January 7, 2020. This is the first stipulation for extension of time as to such deadline and is made based on the complexity of the underlying issues and the schedules of Defendants' counsel.

The parties therefore respectfully request that the Court issue an order granting this Stipulation and ordering that Defendants shall file an Answer to Plaintiffs' Amended Complaint (Dkt. 30) no later than January 7, 2020.

By: _/s/ Dillon Hagius_

**MUCKLEROY LUNT, LLC**

Martin A. Muckleroy
State Bar #9634
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Richard W. Gonnello (*pro hac vice*)
Email: rgonnello@faruqilaw.com
Katherine M. Lenahan (*pro hac vice*)
Email: klenahan@faruqilaw.com
Dillon J. Hagius (*pro hac vice*)
Email: dhagius@faruqilaw.com

By: _/s/ S. Todd Neal_

**PROCOPIO, CORY,
HARGREAVES & SAVITCH LLP**

Jeffery A. Garofalo
State Bar # 7345
3960 Howard Hughes Pkwy.
Suite 500
Las Vegas, NV 89469
E-mail:
jeff.garofalo@procopio.com

S. Todd Neal (*pro hac vice*)
E-mail:todd.neal@procopio.com
525 B Street
Suite 2200
San Diego, CA 92101
E-mail:todd.neal@procopio.com

*Attorneys for Defendants
CV Sciences, Inc., Jr. & Joseph D. Dowling*

**IT IS SO ORDERED.**

_____
U.S. District Judge  12-20-19