Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

Richard W. Gonnello (*pro hac vice*)
Email: rgonnello@faruqilaw.com
Katherine M. Lenahan (*pro hac vice*)
Email: klenahan@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff Richard Ina, Trustee for the Ina Family Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| IN RE: CV SCIENCES, INC. SECURITIES LITIGATION<br><br>This Document Relates to:  All Actions | Case No. 2:18-cv-01602-JAD-BNW<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER**<br><br>[ECF No. 118] |
|---|---|

Lead Plaintiff Richard Ina, Trustee for the Ina Family Trust ("Plaintiff"), and Defendants CV Sciences, Inc., Michael Mona, Jr., Joseph D. Dowling, and Michael Mona, III ("Defendants"), by and through their undersigned counsel, stipulate to extend the time for Plaintiff file his opposition briefs to Defendants' December 17, 2020 objections to Magistrate Judge Brenda N. Weksler's order ("Order") granting in part Plaintiff's Motion To Compel Discovery From And Sanction The Mona Defendants. ECF No. 111.[1] The parties jointly state as follows:

Magistrate Judge Weksler issued the Order on December 3, 2020. ECF No. 111. On December 17, 2020, Defendants Michael Mona, Jr. and Michael Mona, III, filed the Objection To Order Of Magistrate Judge Re Plaintiff's Motion To Compel Discovery From And Sanction The Mona Defendants. ECF No. 116. That same day, Defendants CV Sciences, Inc. and Joseph D. Dowling filed the Limited Objection To Order Of Magistrate Judge Re Plaintiff's Motion To Compel Discovery From And Sanction The Mona Defendants. ECF No. 117. The current deadline for Plaintiff to oppose Defendants' objections is December 31, 2020. L.R. IB 3-1(a). The parties hereby stipulate to extend the deadline from December 31, 2020 to January 8, 2021 in light of the upcoming holidays and counsel's schedule. This is the first stipulation for an extension of time as to such deadline.

The parties therefore respectfully request that the Court issue an order granting this Stipulation and ordering that Plaintiff's deadline to oppose Defendants' objections is January 8, 2021.

Dated: December 22, 2020                Respectfully submitted,

By: /s/ Richard W. Gonnello
Richard W. Gonnello

Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

---

[1] The transcript of the December 3, 2020 hearing serves as Judge Weksler's written order. ECF No. 111 at 4:20-21.

1

|  |  |
|---|---|
|  | Richard W. Gonnello (*pro hac vice*)<br>Email: rgonnello@faruqilaw.com<br>Katherine M. Lenahan (*pro hac vice*)<br>Email: klenahan@faruqilaw.com<br>**FARUQI & FARUQI, LLP**<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Telephone: 212-983-9330<br>Facsimile: 212-983-9331<br><br>*Attorneys for Lead Plaintiff Lead Plaintiff Richard Ina, as Trustee for The Ina Family Trust* |
| Dated: December 22, 2020 | By:    */s/ Eric A. Plourde*<br>       Eric A. Plourde<br><br>**PROCOPIO, CORY, HARGRAVES & SAVITCH LLP**<br>Jeffery A. Garofalo<br>State Bar # 7345<br>3960 Howard Hughes Pkwy., Ste 500<br>Las Vegas, NV 89469<br>Tel: 702-216-2685<br>Fax: 619-788-5535<br>E-mail: jeff.garofalo@procopio.com<br><br>S. Todd Neal (*pro hac vice*)<br>Eric A. Plourde (*pro hac vice*)<br>525 B Street, Ste 2200<br>San Diego, CA 92101<br>Tel: 619-525-3890<br>Fax: 619-398-0190<br>E-mail:todd.neal@procopio.com<br><br>*Attorneys for Defendants CV Sciences, Inc., Joseph D. Dowling, Michael Mona, Jr. & Michael Mona, III* |

**ORDER**

IT IS SO ORDERED that the stipulation **[ECF No. 118] is GRANTED**.  Plaintiff's deadline to respond to defendants' objections to the magistrate judge's order is EXTENDED to January 8, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2020

2