Jeffery A. Garofalo (Bar No. 7345)
E-mail:   jeff.garofalo@procopio.com
S. Todd Neal (*pro hac vice*)
E-mail:   todd.neal@procopio.com
Eric A. Plourde (*pro hac vice*)
E-mail:   eric.plourde@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone: 702.216.2684
Facsimile: 619.788.5500

*Attorneys for Defendants CV Sciences, Inc., Joseph D. Dowling, Michael Mona, Jr. & Michael Mona, III*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: CV SCIENCES, INC. SECURITIES LITIGATION, | Case No. 2:18-cv-01602-JAD-BNW<br><br>**Stipulation and Order Staying Action until November 1, 2021**<br><br>ECF Nos. 130, 152 |

1  WHEREAS, Lead Plaintiff Richard Ina, as Trustee for the Ina Family Trust ("Plaintiff") continues to assert claims against Defendants CV Sciences, Inc. ("CV Sciences"), Michael Mona, Jr. ("Mona, Jr."), Joseph D. Dowling ("Dowling"), and Michael Mona, III ("Mona, III") (collectively, "Defendants") as set forth in the Second Amended Complaint ("SAC");

WHEREAS, Plaintiff and Defendants (the "Parties") are presently engaged in discussions regarding potential resolution of this action;

WHEREAS, the Parties believe that a temporary stay of this action would advance the Parties' efforts as described above;

WHEREAS, the Parties have met and conferred and are agreeable to a brief stay of this action until November 1, 2021;

WHEREAS, the Parties do not believe that the proposed stay of this action would substantially delay resolution of this matter or prejudice any Party;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their undersigned counsel of record and subject to the approval of the Court, as follows:

1. All proceedings in this action shall be stayed until November 1, 2021. Any of the Parties may request that the Court lift the stay upon a showing of good cause by giving the other party a ten (10) day notice that they believe that good cause exists to lift the stay and thereafter bringing the matter to the Court's attention and requesting that the stay be lifted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2.   Upon termination of the stay, the Scheduling Order (ECF 150) shall remain in effect unless altered by the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 24, 2021                By: /s/Eric A. Plourde
                                             Eric A. Plourde

**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
Jeffery A. Garofalo
State Bar # 7345
3960 Howard Hughes Pkwy., Ste 500
Las Vegas, NV 89469
Tel: 702-216-2685
Fax: 619-788-5535
E-mail: jeff.garofalo@procopio.com

S. Todd Neal (*pro hac vice*)
Eric A. Plourde (*pro hac vice*)
525 B Street, Ste 2200
San Diego, CA 92101
Tel: 619-525-3890
Fax: 619-398-0190
E-mail: todd.neal@procopio.com
E-mail: eric.plourde@procopio.com

*Attorneys for Defendants CV Sciences, Inc., Joseph D. Dowling, Michael Mona, Jr. & Michael Mona, III*

Dated: September 24, 2021                By: /s/Katherine Lenahan
                                             Katherine Lenahan

Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

Katherine Lenahan (*pro hac vice*)
Email: klenahan@faruqilaw.com
Nina Varindani (*pro hac vice*)
Email: nvarindani@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff Lead Plaintiff Richard Ina, as Trustee for The Ina Family Trust*

## ORDER

Based on the parties' stipulation [152] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS STAYED FOR ALL PURPOSES until November 1, 2021, but any party may move to lift the stay for good cause and after a 10-day notice to the other side. Upon termination of the stay, the Scheduling Order [150] remains in effect unless otherwise modified by the court. The Motion to Compel Discovery [130] is DENIED without prejudice to its reurging by November 15, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 4, 2021