Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

Katherine M. Lenahan (*pro hac vice*)
Email: klenahan@faruqilaw.com
Nina M. Varindani (*pro hac vice*)
Email: nvarindani@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff Richard Ina, as Trustee for The Ina Family Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: CV SCIENCES, INC. SECURITIES LITIGATION, | Case No. 2:18-cv-01602-JAD-BNW<br><br>**STIPULATION AND ORDER REGARDING A TEMPORARY STAY OF THE ACTION**<br><br>ECF No. 155 |

WHEREAS, Lead Plaintiff Richard Ina, as Trustee for the Ina Family Trust ("Plaintiff") and Defendants CV Sciences, Inc., Michael Mona, Jr., Joseph D. Dowling and Michael Mona, III (collectively, the "Parties"), by and through their counsel, respectfully submit this Stipulation and [Proposed] Order Regarding a Temporary Stay of the Action;

WHEREAS, on September 24, 2021, the Parties filed a Stipulation and [Proposed] Order Regarding a Temporary Stay of the Action while the Parties engaged in discussions regarding potential resolution of the action (ECF No. 152);

WHEREAS, on October 4, 2021, the Court entered an Order staying the action until November 1, 2021 (ECF No. 153);

WHEREAS, on October 25, 2021, the Parties engaged in mediation and have reached a settlement in principle;

WHEREAS, the Parties are now working to finalize their agreement;

WHEREAS, in order to avoid unnecessary expenditure of resources while the agreement is finalized, the Parties believe that a temporary stay of this action would advance the Parties' efforts as described above;

WHEREAS, the Parties have met and conferred and are agreeable to a brief stay of this action until the Parties file a stipulation of settlement, which the parties anticipate filing by January 31, 2022;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel of record and subject to the approval of the Court, as follows:

1. All proceedings in this action shall be stayed until January 31, 2022.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 4, 2021          By: */s/Katherine Lenahan*
                                 Katherine Lenahan

|   |   |
|---|---|
|   | Martin A. Muckleroy<br>State Bar #9634<br>**MUCKLEROY LUNT, LLC**<br>6077 S. Fort Apache Rd., Ste 140<br>Las Vegas, NV 89148<br>Telephone: 702-907-0097<br>Facsimile: 702-938-4065<br>Email: martin@muckleroylunt.com |
|   | Katherine Lenahan (*pro hac vice*)<br>Email: klenahan@faruqilaw.com<br>Nina Varindani (*pro hac vice*)<br>Email: nvarindani@faruqilaw.com<br>**FARUQI & FARUQI, LLP**<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Telephone: 212-983-9330<br>Facsimile: 212-983-9331 |
|   | *Attorneys for Lead Plaintiff Lead Plaintiff Richard Ina, as Trustee for The Ina Family Trust* |
| Dated: November 4, 2021 | By:   /s/ Eric A. Plourde<br>          Eric A. Plourde |
|   | **PROCOPIO, CORY, HARGRAVES & SAVITCH LLP**<br>Jeffery A. Garofalo<br>State Bar # 7345<br>3960 Howard Hughes Pkwy., Ste 500<br>Las Vegas, NV 89469<br>Tel: 702-216-2685<br>Fax: 619-788-5535<br>E-mail: jeff.garofalo@procopio.com |
|   | S. Todd Neal (*pro hac vice*)<br>Eric A. Plourde (*pro hac vice*)<br>525 B Street, Ste 2200<br>San Diego, CA 92101<br>Tel: 619-525-3890<br>Fax: 619-398-0190<br>E-mail: todd.neal@procopio.com<br>E-mail: eric.plourde@procopio.com |
|   | *Attorneys for Defendants CV Sciences, Inc., Joseph D. Dowling, Michael Mona, Jr. & Michael Mona, III* |

## ORDER

Based on the parties' stipulation [155] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS STAYED FOR ALL PURPOSES through January 31, 2022, but any party may move to lift the stay for good cause and after a 10-day notice to the other side. Upon termination of the stay, the Scheduling Order [150] remains in effect unless otherwise modified by the court.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 4, 2021