Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

Katherine Lenahan (*pro hac vice*)
Email: klenahan@faruqilaw.com
Nina Varindani (*pro hac vice*)
Email: nvarindani@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff Richard Ina, Trustee for The Ina Family Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: CV SCIENCES, INC. SECURITIES LITIGATION | Case No. 2:18-cv-01602-JAD-BNW  **MOTION FOR LEAVE TO WITHDRAW** |
| This Document Relates to: All Actions | |

     Pursuant to LR IA 11-6, Lead Plaintiff Richard Ina, as Trustee for The Ina Family Trust ("Lead Plaintiff") hereby requests leave from this Court to allow one of Lead Plaintiff's attorneys, Michael Van Gorder, to withdraw from this matter. Withdrawal is sought as Mr. Van Gorder is no longer associated with Faruqi & Faruqi, LLP. Lead Plaintiff has been notified and does not object to the withdrawal. Mr. Van Gorder's withdrawal from the case is not expected to cause any delay in the case. *See* LR IA 11-6(d). Attorney Martin A. Muckleroy of Muckleroy Lunt, LLC, 6077 S. Fort Apache Road, Suite 140, Las Vegas, Nevada 89148, who is a member of the State Bar of Nevada, along with Katherine Lenahan and Nina Varindani of Faruqi & Faruqi, LLP, who have been admitted to appear in this action *pro hac vice*, will continue to represent Lead Plaintiff in the above-captioned matter.

Dated: November 3, 2021

By: /s/ Nina Varindani
Nina Varindani

Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

Katherine Lenahan (*pro hac vice*)
Email: klenahan@faruqilaw.com
Nina Varindani (*pro hac vice*)
Email: nvarindani@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff Richard Ina, as Trustee for The Ina Family Trust and Lead Counsel for the Class*

### Order

**IT IS SO ORDERED**

**DATED:** 2:41 pm, November 04, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

By: */s/ Nina Varindani*
Nina Varindani