Jeffery A. Garofalo (Bar No. 7345)
E-mail: jeff.garofalo@procopio.com
S. Todd Neal (*pro hac vice*)
E-mail: todd.neal@procopio.com
Eric A. Plourde (*pro hac vice*)
E-mail: eric.plourde@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone: 702.216.2684
Facsimile: 619.788.5500

*Attorneys for Defendants CV Sciences, Inc., Joseph D. Dowling, Michael Mona, Jr. & Michael Mona, III*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: CV SCIENCES, INC. SECURITIES LITIGATION, | Case No. 2:18-cv-01602-JAD-BNW<br><br>**STIPULATION AND ORDER REGARDING HEARING ON STIPULATION OF SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>ECF No. 163 |

WHEREAS, on January 31, 2022, Lead Plaintiff Richard Ina, as Trustee for the Ina Family Trust ("Plaintiff") filed the Stipulation of Settlement (ECF 158) and Motion for Preliminary Approval of Class Settlement (ECF 159);

WHEREAS, on February 3, 2022, the Court set a hearing on Stipulation of Settlement and Motion for Preliminary Approval of Class Settlement for February 15, 2022 at 10:00 a.m. (ECF 160);

WHEREAS, counsel to Defendants CV Sciences, Inc. ("CV Sciences"), Michael Mona, Jr. ("Mona, Jr."), Joseph D. Dowling ("Dowling"), and Michael Mona, III ("Mona, III") (collectively, "Defendants") are presently not available during the date and time which the Court have selected for the hearing due to a previously scheduled mediation (Mr. Neal) and deposition (Mr. Plourde);

WHEREAS, the parties have met and conferred and are agreeable to a continuance of the hearing date to a date and time during which all parties' counsel is available;

WHEREAS, the parties have met and conferred and agree to any of the following dates for a continued hearing, at any time convenient for the Court: February 28, March 1, March 3, March 9, March 10, or March 11.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their undersigned counsel of record and subject to the approval of the Court, as follows:

1. The hearing on the Stipulation of Settlement (ECF 158) and Motion for Preliminary Approval of Class Settlement (ECF 159) currently set for February 15, 2022 at 10:00 a.m. shall be continued to one of the dates set forth above, or another date at the Court's convenience after February 28, 2022, at any time convenient for the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 7, 2022                By: */s/Katherine Lenahan*
                                       Katherine Lenahan

                                       Martin A. Muckleroy
                                       State Bar #9634
                                       **MUCKLEROY LUNT, LLC**
                                       6077 S. Fort Apache Rd., Ste 140
                                       Las Vegas, NV 89148
                                       Telephone: 702-907-0097
                                       Facsimile: 702-938-4065
                                       Email: martin@muckleroylunt.com

                                       Katherine Lenahan (*pro hac vice*)
                                       Email: klenahan@faruqilaw.com
                                       Nina Varindani (*pro hac vice*)
                                       Email: nvarindani@faruqilaw.com
                                       **FARUQI & FARUQI, LLP**
                                       685 Third Avenue, 26th Floor
                                       New York, NY 10017
                                       Telephone: 212-983-9330
                                       Facsimile: 212-983-9331

                                       *Attorneys for Lead Plaintiff Lead Plaintiff Richard Ina, as Trustee for The Ina Family Trust*

| | |
|---|---|
| Dated: February 7, 2022 | By:     /s/Eric A. Plourde<br>          Eric A. Plourde |

**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
Jeffery A. Garofalo
State Bar # 7345
3960 Howard Hughes Pkwy., Ste 500
Las Vegas, NV 89469
Tel: 702-216-2685
Fax: 619-788-5535
E-mail: jeff.garofalo@procopio.com

S. Todd Neal (*pro hac vice*)
Eric A. Plourde (*pro hac vice*)
525 B Street, Ste 2200
San Diego, CA 92101
Tel: 619-525-3890
Fax: 619-398-0190
E-mail: todd.neal@procopio.com
E-mail: eric.plourde@procopio.com

*Attorneys for Defendants CV Sciences, Inc., Joseph D. Dowling, Michael Mona, Jr. & Michael Mona, III*

## **ORDER**

IT IS HEREBY ORDERED that:

1. The hearing on the Stipulation of Settlement (ECF 158) and Motion for Preliminary Approval of Class Settlement (ECF 159) currently set for February 15, 2022 is hereby continued to March 3, 2022, at 11:00 a.m.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 10, 2022