04/03/2022

Clerk of the Court
United States District Court
District of Nevada
Lloyd D. George Courthouse
333 S. Las Vegas Blvd.
Las Vegas, NV 89101



In re CV Sciences, Inc. Security Litigation, Case No. 2:18-cv-01602-JAD-BNW (D. Nev.)

Richard A. Durand
4865 S. 167th Ave. Cir.
Omaha, NE 68135
Phone: 402-740-6169

Enclosed you will find my proof of equity ownership in CV Sciences, Inc. during the "Class Period" which qualifies me as a "Class Member" to the suit being addressed.

Please accept this letter as my formal objection to the "Settlement" being proposed to the Court. The reasons for my objections are as followed:

1) The Lead Plaintiff's documentation as described in the informational papers sent to me, describing the reason for the lawsuit are vague. There is no documentation, proof or evidence, that CV Sciences, Inc., made misleading statements to the public. Since the "Defendants deny any wrongdoing or liability whatsoever", as a shareholder, I believe further investigation is warranted to find out whether or not any large short positions of the Company's stock existed prior to or on the day of these allegation became public and if so, who they were.

2) My Purchase price of the stock on 8-20-2021 was $8.79 per share. Upon the allegations becoming public the Company's stock price and my investment was crushed, almost immediately, leaving me basically no choice but to take a "wait and see" if the stock price would recover. It never did as the allegations persisted. I still own the position in my IRA.

3) The settlement is completely and totally inadequate and needs to be re-designed so that shareholders may recover their investment. For example: If the Company plans to stay in business, a revenue sharing program with the shareholders can be developed where annual distributions can be made or bonds issued to the shareholders that pay a market-based interest rate may suffice. I am sure there is a better way to design this settlement than what is being proposed. The monetary settlement for the members is confusing, unclear and insufficient.

I ask the Court to reject this Settlement as proposed.

Thank you for attention to this matter.

Respectfully,

Richard A. Durand

Cc: Katherine M. Lenahan, S. Todd Neal, Eric A. Plourde

# TD Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement Reporting Period:**
08/01/18 - 08/31/18

**Statement for Account:**
RICHARD A DURAND IRA TD AMERITRADE
CLEARING, CUSTODIAN
4865 S 167TH AVENUE CIR
OMAHA, NE 68135-4312

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | | - | - | IDA 1.8% |
| Money Market | - | - | - | | - | - | |
| Short Balance | - | - | - | | - | - | |
| Stocks | - | - | - | | - | - | Stocks 98.2% |
| Short Stocks | - | - | - | | - | - | |
| Fixed Income | - | - | - | | - | - | |
| Options | - | - | - | | - | - | |
| Short Options | - | - | - | | - | - | |
| Mutual Funds | - | - | - | | - | - | |
| Other | - | - | - | | - | - | |
| **Total** | - | - | - | | - | - | |

## Retirement Account Summary

| | YTD | 2018 PTD | 2018 YTD | 2017 YTD |
|---|---|---|---|---|
| Contributions | $ - | $ - | $ - | $ - |
| Distributions | - | - | - | - |
| Plan Contribution | - | - | - | - |
| Rollover | - | - | - | - |
| Direct Transfer | - | - | - | - |
| Tax Withheld | - | - | - | - |
| Recharact | - | - | - | - |
| Roth Conv. | - | - | - | - |

## Performance Summary

| Cost Basis As Of - 08/31/18 ** | |
|---|---|
| Unrealized Gains | - |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed) YTD | - |
| Income/(Expense) YTD | - |
| Securities Received/(Delivered) YTD | - |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > GainLoss.

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $ 0.00 | $ - |
| Securities Purchased | (2,643.95) | (2,643.95) |
| Securities Sold | - | - |
| Contributions | - | - |
| Distributions | - | - |
| Income | - | - |
| Expense | - | - |
| Other | - | - |
| Closing Balance | - | - |

**Statement for Account #** ▮▮▮

08/01/18 - 08/31/18

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | | |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| CV SCIENCES INC COM | CVSI | 300 | 4.33 | 1,299.00 | 08/20/18 | 2,643.95 | 8.81 | (1,344.95) | - | - |
| **Total Stocks** | | | | | | | | | | |
| **Total Cash Account** | | | | | | | | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | |

page 2 of 4

**Statement for Account #** ▮▮▮
08/01/18 - 08/31/18

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/18 | 08/09/18 | Cash | Received - | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| 08/09/18 | 08/09/18 | Cash | Received - | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| 08/09/18 | 08/09/18 | Cash | Received - | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| 08/10/18 | | Cash | Journal - Other | ▮▮▮ | | | | ▮▮▮ | ▮▮▮ |
| 08/13/18 | | Cash | Journal - Contributions | ▮▮▮ | | | | ▮▮▮ | ▮▮▮ |
| 08/14/18 | | Cash | Journal - Other | ▮▮▮ | | | | ▮▮▮ | ▮▮▮ |
| 08/20/18 | 08/22/18 | Cash | Buy - Securities Purchased | CV SCIENCES INC COM Commission/Fee 6.95 | CVSI | 300 | 8.79 | (2,643.95) | (2,643.95) |
| 08/22/18 | 08/22/18 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | | | | 2,643.95 | 0.00 |

**Closing Balance** $ 0.00

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 08/10/18 | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | $ - |
| 08/14/18 | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 08/22/18 | | | | | | |

**Total Interest Income**



R. Durand
4865 Sile7th Ave Cir
Omaha, NE 68135

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

APR 7 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

Clerk of the Court
(LEGAL SERVICE)
United States District Court
District of Nevada
Lloyd D. George Courthouse
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

89101-707323

UMAHA NE 680

4 APR 2022  PM 3  L