AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Richard Ina, et al.,

        Plaintiffs,

V.

CV Sciences, Inc., et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01602-JAD-BNW

Member Case: 2:18-cv-01709-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The provisions of this Judgment constitute a full and complete adjudication of the matters considered and adjudged as stated in 177 Order, incorporated by reference herein.
This matter is now closed.

7/22/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk